| UNITED STATES BANKRUPTCY COURT |
| DISTRICT OF NEW JERSEY |

In Re:

Chris R Weber
Danielle L. Ruediger-Weber

Case No.: 18-24629

Chapter: 13

Judge: JNP

# NOTICE OF FAILURE TO FILE SUPPLEMENTAL
# DOCUMENTS CONCERNING SCHEDULES

TO: Brad J. Sadek

This will confirm that on 08/30/2018 the following document(s) was filed by you.

☒ Amendment to Schedule(s) A/B ,

☐ Missing Documents, including Schedule(s) _____,

This will further confirm that the court has not received the following supplemental documents:

☒ Declaration About an Individual Debtor's Schedules (106 Declaration)

☒ An updated Summary of Your Assets and Liabilities and Certain Statistical Information (106 Summary) [Schedules A/B, D, E/F, I and J ONLY]

☐ Declaration Under Penalty of Perjury for Non-Individual Debtors (202 Declaration)

☐ An updated Summary of Assets and Liabilities for Non-Individuals (206 Summary) [Schedules A/B, D and E/F ONLY]

You are hereby notified that the document(s) indicated above must be filed within 7 days from the date of this notice.

Dated: 9/4/2018

Jeanne A. Naughton, Clerk

*rev.1/4/17*

```
United States Bankruptcy Court
              District of New Jersey
In re:                                                           Case No. 18-24629-JNP
Chris R Weber                                                    Chapter 13
Danielle L. Ruediger-Weber
        Debtors               CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin               Page 1 of 1          Date Rcvd: Sep 04, 2018
                              Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 06, 2018.
db/jdb         +Chris R Weber,    Danielle L. Ruediger-Weber,    423 Silver Hill Road,
                 Cherry Hill, NJ 08002-1642

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 4, 2018 at the address(es) listed below:
              Brad J. Sadek    on behalf of Debtor Chris R Weber bradsadek@gmail.com,    bradsadek@gmail.com
              Brad J. Sadek    on behalf of Joint Debtor Danielle L. Ruediger-Weber bradsadek@gmail.com,
               bradsadek@gmail.com
              Harold N. Kaplan    on behalf of Creditor    New Penn Financial LLC d/b/a Shellpoint Mortgage
               Servicing hkaplan@rasnj.com,    informationathnk@aol.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Laura M. Egerman    on behalf of Creditor    DITECH FINANCIAL LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6
```